```
                                                          USDC SDNY
                                                          DOCUMENT
UNITED STATES DISTRICT COURT                              ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                             DOC#: _____
---------------------------------------------------------------- x  DATE FILED: 5/14/2020
MEDCENTER HOLDINGS INC., ET AL.                 :
                                                :
                        Plaintiffs,             :
                                                :         20-CV- 00053 (ALC)
        -against-                               :
                                                :         ORDER
WEBMD HEALTH CORP. ET AL.,                      :
                                                :
                        Defendants.             :
                                                :
                                                :
                                                :
                                                :
                                                :
---------------------------------------------------------------- x
```

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the request from Defendants for a pre-motion conference for permission to seek dismissal of the Complaint as barred by applicable three-year statutes of limitations and for failure to state a claim. Defendants' request is **GRANTED**. A Telephone Conference is set for May 21, 2020 at 2:00 p.m. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **May 14, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**