UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
MEDCENTER HOLDINGS INC., MEDCENTER :
SOLUTIONS SA, MED SOLUTIONS MÉXICO, S. :
DE R.L. DE C.V. AND MEDCENTER SOLUTIONS :
DO BRASIL SA, : 20-CV-0053 (ALC)(GWG)
 :
                Plaintiffs, : **ORDER**
 :
   -against- :
 :
WEBMD HEALTH CORP., MEDSCAPE, LLC, AND :
WEBMD GLOBAL LLC, :
 :
                Defendants. :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

Defendants' request for a pre-motion conference is granted. ECF No. 55. The Court will hold a telephonic premotion conference in this action on Thursday, Sept 15, 2022 at 10:00AM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

The Clerk of Court is respectfully requested to terminate ECF No. 55 as moot, as Defendants have withdrawn their request.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **September 12, 2022**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**