UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
MEDCENTER HOLDINGS INC., MEDCENTER :
SOLUTIONS SA, MED SOLUTIONS MÉXICO, S. :
DE R.L. DE C.V. AND MEDCENTER SOLUTIONS :
DO BRASIL SA,                          :     20-CV-0053 (ALC)(GWG)
                                       :
                Plaintiffs,            :     ORDER
                                       :
       -against-                       :
                                       :
WEBMD HEALTH CORP., MEDSCAPE, LLC, AND :
WEBMD GLOBAL LLC,                      :
                                       :
                Defendants.            :
----------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

As stated in today's telephonic conference with the parties, Defendants' request for leave to file a motion for sanctions or motion for partial summary judgment (ECF No. 60) is DENIED.

**SO ORDERED.**

Dated:   New York, New York
         September 15, 2022

_____
ANDREW L. CARTER, JR.
United States District Judge