UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MEDCENTER HOLDINGS INC.,
MEDCENTER SOLUTIONS SA, MED
SOLUTIONS MÉXICO, S. DE R.L. DE C.V.  :  1:20-cv-00053 (ALC)
AND MEDCENTER SOLUTIONS DO
BRASIL SA,  :  **CONFERENCE ORDER**

                  *Plaintiffs*,

    -against-

WEBMD HEALTH CORP., MEDSCAPE,
LLC, and WEBMD GLOBAL LLC,

                  *Defendants*.

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will hold a telephonic conference in this action on Tuesday, April 8, 2025 at 3 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:  March 31, 2025**

       New York, NY                              **ANDREW L. CARTER, JR.**
                                                          United States District Judge