UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDCENTER HOLDINGS INC., MEDCENTER SOLUTIONS SA, MED SOLUTIONS MÉXICO, S. DE R.L. DE C.V. AND MEDCENTER SOLUTIONS DO BRASIL SA,<br><br>Plaintiffs,<br><br>v.<br><br>WEBMD HEALTH CORP., MEDSCAPE, LLC, and WEBMD GLOBAL LLC,<br><br>Defendants. | Case No. 20-cv-00053 (ALC) (GWG)<br><br>**DEFENDANTS' NOTICE OF MOTION FOR SANCTIONS PURSUANT TO F.R.C.P. RULE 11**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that, upon the Declaration of Jeffrey A. Mitchell in Support of Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 and the exhibits annexed thereto, and the Memorandum of Law in Support of Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 11, Defendants WebMD Global, LLC, Medscape, LLC, and WebMD Health Corp. (collectively, "Defendants"), by their attorneys, Ellis George LLP, will move this Court before the Honorable Andrew L. Carter, Jr. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time selected by the Court, for an order pursuant to Fed. R. Civ. P. 11 for sanctions against Plaintiffs and their counsel, including payment of Defendants' legal fees and costs incurred as a result of the sanctionable conduct, and such other, further, and different relief as the Court deems just and proper.

Dated: New York, New York
         April 10, 2026

ELLIS GEORGE LLP

By:    s/Jeffrey A. Mitchell
       Jeffrey A. Mitchell
       Stephen P. Farrelly

3125751

Edward Lee
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, New York 10019
Telephone:  (212) 413-2600
Facsimile:  (212) 413-2629
jmitchell@ellisgeorge.com
sfarrelly@ellisgeorge.com
elee@ellisgeorge.com
*Attorneys for Defendants*

TO:    HERRICK, FEINSTEIN LLP
       Barry Werbin, Esq.
       Two Park Avenue
       New York, New York 10016
       Telephone:  (212) 592-1400
       bwerbin@herrick.com

       FRIEDMAN NORMAND FRIEDLAND LLP
       Lawrence M. Kaye, Esq.
       Kate Aufses, Esq.
       Yael Weitz, Esq.
       155 E. 44th St., Suite 915
       New York, New York 10017
       Telephone:  (646) 494-2900
       lkaye@fnf.law
       kaufses@fnf.law
       yweitz@fnf.law

       FRIEDMAN NORMAND FRIEDLAND LLP
       Devin (Velvel) Freedman, Esq.
       1815 Purdy Ave.
       Miami Beach, Florida 33139
       Telephone:  (786) 924-2900
       vel@fnf.law

       PHILLIPS NIZER LLP
       Gabrielle C. Wilson, Esq.
       485 Lexington Avenue
       New York, New York 10017
       Telephone:  (212) 262-5152
       GWilson@PhillipsNizer.com

       *Attorneys for Plaintiffs*

3125751                          2